FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICKI FAIR,                          )   NO. EDCV 04-00684-SS
                                     )
                Plaintiff,           )
                                     )   **JUDGMENT**
        v.                           )
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of the Social          )
Security Administration,             )   THIS CONSTITUTES NOTICE OF ENTRY
                                     )   AS REQUIRED BY FRCP, RULE 77(d).
                Defendant.           )
                                     )

        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

and REMANDED for further administrative proceedings, pursuant to

sentence four of 42 U.S.C. § 405(g).

DATED: July 12, 2005.


                                     _____
                                     SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE